# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

LIFE INSURANCE COMPANY OF NORTH AMERICA

    vs.       CASE NUMBER: 6:09-CV-11 (Lead)

JAN NESOM; MICHAEL STRANEY; J.S., a minor; JOANNE STRANEY; and RACHEL STRANEY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE

    vs.       CASE NUMBER: 6:09-CV-1118 (Member)

JAN NESOM; MICHAEL STRANEY; RACHEL STRANEY; JOANNE STRANEY; JEFFREY ALAN STRANEY; NAOMI P. STRANEY, individually and as Trustee; and CHARLES THOMAS STRANEY, Trustee

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Straney defendant's motion for summary judgment is DENIED; Nesom's cross motion for summary judgment is GRANTED. Proceeds from North American Company for Life and Health Insurance held by the Clerk of the Middle District Court in Florida will be disbursed as follows: Fifty percent (50%) to Jan Nesom, Twenty-five percent (25%) to Michael Straney or his trustee, and Twenty-five percent (25%) to Jeffrey Straney or his trustee; and

Proceeds from Life Insurance Company of North America held by the Clerk of this Court will be disbursed as follows: Seventy-four percent (74%) to Jan Nesom, Thirteen percent (13%) to Michael Straney or his trustee, and Thirteen percent (13%) to Jeffrey Straney or his trustee.

The Clerk of the Court shall retain the funds pending further order of this Court.

All of the above pursuant to the order of the Honorable Judge DAVID N. HURD, dated the 30th day of July, 2010.

DATED: July 30, 2010

*Laurence K. Baerman*
Clerk of Court

s/
Christine Mergenthaler
Deputy Clerk